In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00229-CR

                                                ______________________________

 

 

                                 BRANDON DAVID RILEY,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                         On Appeal from the 3rd Judicial District Court

                                                          Anderson
County, Texas

                                                            Trial
Court No. 28331

 

                                                         
                                         

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Brandon David
Riley pled guilty to driving while intoxicated (DWI) and was sentenced
to five years’ incarceration.[1]  His sentence was suspended, and he was placed
on community supervision for a period of five years.  Subsequently, the trial court revoked
community supervision and imposed a five-year sentence of imprisonment.  Riley filed a single brief in the appeal of
this case and a companion case.  However,
his appellate brief states that we “should affirm the felony DWI.”  Our review of Riley’s brief clarifies that
all arguments on appeal relate to our companion cause number 06-09-00230-CR.  Consequently, the trial court’s judgment in
this cause is affirmed.  

 

                                                                                    Jack
Carter

                                                                                    Justice

 

Date Submitted:          November
23, 2010

Date Decided:             November
24, 2010

 

Do Not Publish           

 

 

 

 

 











[1]Originally appealed to the Twelfth Court of Appeals,
this case was transferred to this Court by the Texas Supreme Court pursuant to
its docket equalization efforts.  See Tex.
Gov’t Code Ann. § 73.001 (Vernon 2005). 
We are unaware of any conflict between precedent of the Twelfth Court of
Appeals and that of this Court on any relevant issue.  See
Tex. R. App. P. 41.3.